IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

THOMAS W. WALDREP,            )
                              )
        Plaintiff,            )
                              )
v.                            )   CASE NO. 3:25-cv-00171-RAH
                              )
STATE FARM FIRE &             )
CASUALTY COMPANY,             )
                              )
        Defendant.            )

**ORDER**

On March 27, 2025, Defendant State Farm Fire & Casualty Company filed a *Partial Motion to Dismiss* (doc. 16), which sought dismissal of Counts III and IV of the Amended Complaint (doc. 9) for failure to state a claim. On May 19, 2025, the Magistrate Judge filed a Recommendation (doc. 22) which recommended that the *Partial Motion to Dismiss* be granted and Counts III and IV dismissed. No objection has been filed.

Upon an independent review of the file and upon consideration of the Recommendation, it is **ORDERED** as follows:

1. The *Partial Motion to Dismiss* (doc. 2) is **DENIED** as moot;

2. The Recommendation (doc. 22) is **ADOPTED**;

3. The *Partial Motion to Dismiss* (doc. 16) is **GRANTED**; and,

4. Counts III and IV are **DISMISSED**.

DONE, on this the 4th day of June 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE